

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-17-00860-CV

**IN THE INTEREST OF B.M.M., A CHILD,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00506
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal from a trial court's order terminating appellant's parental rights. Appellee's brief was due on March 13, 2018, and on that day, appellee filed a motion requesting an extension of time of thirty days. In her motion, appellee's counsel states she needs additional time to research and prepare the brief.

After consideration, we **GRANT** appellee's motion for extension of time to file a brief **IN PART** and **ORDER** that appellee file her brief **on or before April 2, 2018**. Counsel is reminded that this court is mandated to dispose of appeals involving termination of parental rights within 180 days from the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Accordingly, any delay in the filing of the brief encroaches upon our time for disposition, and further requests for extensions of time will be disfavored.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court